Electronically Filed - City of St. Louis - December 19, 2019 - 03:11 PM



# Falcon Investigations

**12747 Olive Blvd. Suite 300. St. Louis, MO 63141 (314)569-9881**
www.stlfalconinvestigations.com -stlfugitiverecovery@gmail.com

### Affidavit of Service

**Date:** 12/07/2019          **Time:** 8:08pm

**Served To: Donald Driver** (black male, 60's, 6'0", balding, avg. build)

**Location:**   112 Bethesda Drive
                Belleville, IL 62223

**Case #:** 1922-CC11678

**For:** Lorenzo Antoine Hester

On 10/07/2019 at approx. 7:25pm, I arrived at 112 Bethesda Drive located in Belleville, IL 62223.  Upon knocking at the door, I initially made verbal contact through the door with an unknown male subject.  Immediately, upon identifying myself, he became extremely verbally agitated.  He refused to identify himself and subsequently threatened to assault me if I didn't leave the property or ever returned.  As I attempted to de-escalate the situation by clarifying that I was an authorized process server, he opened the door and stated, "Get the fuck out of here before I slap the shit out of you".  Feeling that the confrontation was about to turn physical, I left property and staged up the street at a local gas station.  I then contacted the St. Clair Sherriff's Department and requested a civil standby.  Ultimately, two responding officers met me at the gas station, where I gave them a full overview of what had occurred.  Shortly after this, we left the station and went to 112 Bethesda Drive.  Once there, the police officers made contact with Donald, who readily affirmed his identity.  Still agitated, Donald told the Officers to put the paperwork on top of the vehicle in his driveway.  One of the Officer's then took the paperwork out of my hand and set it on top of the car (black sedan with temp tag) at approx. 8:08pm.  Following this, I left property without further incident.

Dustin Taber
December 10th, 2019 at 10:24am

Subscribed and sworn to before me on  12-10-19  (date)

My Commission Expires:  08-26-21
                        (Date)

_Liberty King_
(Notary Public)

LIBERTY KING
Notary Public - Notary Seal
State of Missouri
Commissioned for Jefferson County
My Commission Expires: August 26, 2021
Commission Number: 13532532

**EXHIBIT**
**2**

Electronically Filed - City of St. Louis - December 19, 2019 - 03:11 PM



## SPECIAL PROCESS SERVER

## IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI

| | | |
|---|---|---|
| Judge or Division:<br>REX M BURLISON | Case Number: 1922-CC11678 | Special Process Server 1<br>D TABER |
| Plaintiff/Petitioner:<br>ORLANDO CAUSEY | Plaintiff's/Petitioner's Attorney/Address:<br>LORENZO ANTOINE HESTER<br>3920 LINDELL STE 103<br>SAINT LOUIS, MO  63108 | Special Process Server 2 |
| vs. | | Special Process Server 3 |
| Defendant/Respondent:<br>DONALD DRIVER | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO  63101 | (Date File Stamp) |
| Nature of Suit:<br>CC Pers Injury-Vehicular | | |

### Summons for Personal Service Outside the State of Missouri
#### (Except Attachment Action)

The State of Missouri to:   DONALD DRIVER
Alias:

**112 BETHESDA DR**
**BELLEVILLE, IL 62223**

**COURT SEAL OF**

**CITY OF ST LOUIS**

You are summoned to appear before this court and to file your pleading to the petition, copy of which is attached, and to serve a copy of your pleading upon the attorney for the plaintiff/petitioner at the above address all within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to file your pleading, judgment by default will be taken against you for the relief demanded in this action.

**November 7, 2019**

_____   _____
Date                                        Clerk
Further Information:

### Officer's or Server's Affidavit of Service

I certify that:
1. I am authorized to serve process in civil actions within the state or territory where the above summons was served.
2. My official title is _Special Process Server_ of _St. Louis_ County, _MO_ (state).
3. I have served the above summons by: (check one)
   ☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.
   ☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.
   ☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to _____ (name) _____ (title).
   ☐ other: _____

Served at _112 Bethesda Drive_ (address)
in _Belleville, IL 62223_ County, _IL_ (state), on _12/07/19_ (date) at _8:00 pm_ (time).

_Dustin Taber/Special Process Server_
Printed Name of Sheriff or Server                       Signature of Sheriff or Server

Subscribed and sworn to before me this _10th_ (day) _December_ (month) _2019_ (year).
I am: (check one)   ☐ the clerk of the court of which affiant is an officer.
☐ the judge of the court of which affiant is an officer.
☐ authorized to administer oaths in the state in which the affiant served the above summons. (use for out-of-state officer)
☑ authorized to administer oaths. (use for court-appointed server)

_____
Signature and Title

LIBERTY KING
Notary Public - Notary Seal
State of Missouri
Commissioned for Jefferson County
My Commission Expires: August 26, 2021
Commission Number: 13532532

| Service Fees | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Mileage | $_____   (_____ miles @ $_____ per mile) |
| Total | $_____ |

See the following page for directions to officer making return on service of summons.

OSCA (07-18) SM60 (SMOS) *For Court Use Only*: Document ID# 19-SMOS-6358      1 of 2  (1922-CC11678)      Rules 54.06, 54.07, 54.14, 54.20;
506.500, 506.510 RSMo

Electronically Filed - City of St. Louis - December 19, 2019 - 03:11 PM

## Directions to Officer Making Return on Service of Summons

A copy of the summons and a copy of the motion must be served on each defendant/respondent. If any defendant/respondent refuses to receive the copy of the summons and motion when offered, the return shall be prepared accordingly so as to show the offer of the officer to deliver the summons and motion and the defendant's/respondent's refusal to receive the same.

Service shall be made: (1) On Individual. On an individual, including an infant or incompetent person not having a legally appointed guardian, by delivering a copy of the summons and motion to the individual personally or by leaving a copy of the summons and motion at the individual's dwelling house or usual place of abode with some person of the family over 15 years of age who permanently resides with the defendant/respondent, or by delivering a copy of the summons and petition to an agent authorized by appointment or required by law to receive service of process; (2) On Guardian. On an infant or incompetent person who has a legally appointed guardian, by delivering a copy of the summons and motion to the guardian personally; (3) On Corporation, Partnership or Other Unincorporated Association. On a corporation, partnership or unincorporated association, by delivering a copy of the summons and motion to an officer, partner, or managing or general agent, or by leaving the copies at any business office of the defendant/respondent with the person having charge thereof or by delivering copies to its registered agent or to any other agent authorized by appointment or required by law to receive service of process; (4) On Public or Quasi-Public Corporation or Body. Upon a public, municipal, governmental or quasi-public corporation or body in the case of a county, to the mayor or city clerk or city attorney in the case of a city, to the chief executive officer in the case of any public, municipal, governmental, or quasi-public corporation or body or to any person otherwise lawfully so designated.

Service may be made by an officer or deputy authorized by law to serve process in civil actions within the state or territory where such service is made.

Service may be made in any state or territory of the United States. If served in a territory, substitute the word "territory" for the word "state."

The office making the service must swear an affidavit before the clerk, deputy clerk, or judge of the court of which the person is an officer or other person authorized to administer oaths. This affidavit must state the time, place, and manner of service, the official character of the affiant, and the affiant's authority to serve process in civil actions within the state or territory where service is made.

Service must be made less than 10 days nor more than 30 days from the date the defendant/respondent is to appear in court. The return should be made promptly, and in any event so that it will reach the Missouri court within 30 days after service.

Electronically Filed - City of St. Louis - December 19, 2019 - 03:11 PM



**Falcon Investigations**

**12747 Olive Blvd. Suite 300. St. Louis, MO 63141 (314)569-9881**
www.stlfalconinvestigations.com -stlfugitiverecovery@gmail.com

## Affidavit of Service

**Date:** 12/07/2019

**Served To:** Non-Est/Unable to make contact

**Case #:** 1922-CC11678

**For:** Lorenzo Antoine Hester

Despite several attempts at serving a Summons to Dermarcus R. Mitchell, I have thus far been unsuccessful in doing so.  As such, service has been deemed Non-Est at this time.

*Additional Note:* Contact was attempted over a spectrum of different times at 223 Arbor Meadows Court in Fairview Heights, IL 62208.  On no occasion, however, did there appear to be anybody inside of the residence.

Dustin Taber
December 10th, 2019 at 11:03am

Subscribed and sworn to before me on _12-10-19_ (date)

My Commission Expires: _08-26-21_
(Date)

_Liberty King_
(Notary Public)

LIBERTY KING
Notary Public - Notary Seal
State of Missouri
Commissioned for Jefferson County
My Commission Expires: August 26, 2021
Commission Number: 13532532

Electronically Filed - City of St. Louis - December 19, 2019 - 03:11 PM



## SPECIAL PROCESS SERVER

### IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI

| | | |
|---|---|---|
| Judge or Division:<br>REX M BURLISON | Case Number: 1922-CC11678 | Special Process Server 1<br>D TABER |
| Plaintiff/Petitioner:<br>ORLANDO CAUSEY<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address:<br>LORENZO ANTOINE HESTER<br>3920 LINDELL STE 103<br>SAINT LOUIS, MO 63108 | Special Process Server 2<br><br>Special Process Server 3 |
| Defendant/Respondent:<br>DONALD DRIVER | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO 63101 | (Date File Stamp) |
| Nature of Suit:<br>CC Pers Injury-Vehicular | | |

### Summons for Personal Service Outside the State of Missouri
#### (Except Attachment Action)

The State of Missouri to:  **DEMARCUS R MITCHELL**
**Alias: DBA DM HAULING**

**223 ARBOR MEADOWS CT**
**FAIRVIEW HEIGHTS, IL 62208**

*COURT SEAL OF*

*CIRCUIT COURT OF MISSOURI*

*CITY OF ST LOUIS*

You are summoned to appear before this court and to file your pleading to the petition, copy of which is attached, and to serve a copy of your pleading upon the attorney for the plaintiff/petitioner at the above address all within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to file your pleading, judgment by default will be taken against you for the relief demanded in this action.

**November 7, 2019**

_____     _____
Date                                          Clerk

Further Information:

### Officer's or Server's Affidavit of Service

I certify that:
1. I am authorized to serve process in civil actions within the state or territory where the above summons was served.
2. My official title is _Special Process Server_ of _St. Louis_ County, _MO_ (state).
3. I have served the above summons by: (check one)
   - [ ] delivering a copy of the summons and a copy of the petition to the defendant/respondent.
   - [ ] leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.
   - [ ] (for service on a corporation) delivering a copy of the summons and a copy of the petition to _____ (name) _____ (title).
   - [x] other: _Non-Est / Unable to make contact_

Served at _____ (address)
in _____ County, _____ (state), on _____ (date) at _____ (time).

_Dustin Taber / Special Process Server_
Printed Name of Sheriff or Server          Signature of Sheriff or Server

Subscribed and sworn to before me this _10th_ (day) _December_ (month) _2019_ (year).

I am: (check one)
- [ ] the clerk of the court of which affiant is an officer.
- [ ] the judge of the court of which affiant is an officer.
- [ ] authorized to administer oaths in the state in which the affiant served the above summons. (use for out-of-state officer)
- [x] authorized to administer oaths. (use for court-appointed server)

_____
Signature and Title

LIBERTY KING
Notary Public - Notary Seal
State of Missouri
(Seal) Commissioned for Jefferson County
My Commission Expires: August 26, 2021
Commission Number: 13552532

| Service Fees | |
|---|---|
| Summons | $ _____ |
| Non Est | $ _____ |
| Mileage | $ _____ ( _____ miles @ $ _____ per mile) |
| Total | $ _____ |

See the following page for directions to officer making return on service of summons.

OSCA (07-18) SM60 (SMOS) *For Court Use Only:* Document ID# 19-SMOS-6359     1 of 2  **(1922-CC11678)**     Rules 54.06, 54.07, 54.14, 54.20;
506.500, 506.510 RSMo

Electronically Filed - City of St. Louis - December 19, 2019 - 03:11 PM

## Directions to Officer Making Return on Service of Summons

A copy of the summons and a copy of the motion must be served on each defendant/respondent. If any defendant/respondent refuses to receive the copy of the summons and motion when offered, the return shall be prepared accordingly so as to show the offer of the officer to deliver the summons and motion and the defendant's/respondent's refusal to receive the same.

Service shall be made: (1) On Individual. On an individual, including an infant or incompetent person not having a legally appointed guardian, by delivering a copy of the summons and motion to the individual personally or by leaving a copy of the summons and motion at the individual's dwelling house or usual place of abode with some person of the family over 15 years of age who permanently resides with the defendant/respondent, or by delivering a copy of the summons and petition to an agent authorized by appointment or required by law to receive service of process; (2) On Guardian. On an infant or incompetent person who has a legally appointed guardian, by delivering a copy of the summons and motion to the guardian personally; (3) On Corporation, Partnership or Other Unincorporated Association. On a corporation, partnership or unincorporated association, by delivering a copy of the summons and motion to an officer, partner, or managing or general agent, or by leaving the copies at any business office of the defendant/respondent with the person having charge thereof or by delivering copies to its registered agent or to any other agent authorized by appointment or required by law to receive service of process; (4) On Public or Quasi-Public Corporation or Body. Upon a public, municipal, governmental or quasi-public corporation or body in the case of a county, to the mayor or city clerk or city attorney in the case of a city, to the chief executive officer in the case of any public, municipal, governmental, or quasi-public corporation or body or to any person otherwise lawfully so designated.

Service may be made by an officer or deputy authorized by law to serve process in civil actions within the state or territory where such service is made.

Service may be made in any state or territory of the United States. If served in a territory, substitute the word "territory" for the word "state."

The office making the service must swear an affidavit before the clerk, deputy clerk, or judge of the court of which the person is an officer or other person authorized to administer oaths. This affidavit must state the time, place, and manner of service, the official character of the affiant, and the affiant's authority to serve process in civil actions within the state or territory where service is made.

Service must be made less than 10 days nor more than 30 days from the date the defendant/respondent is to appear in court. The return should be made promptly, and in any event so that it will reach the Missouri court within 30 days after service.