# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| ORLANDO CAUSEY | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )  Case No. 4:20-CV-00013-SEP |
| | ) |
| DONALD DRIVER, | ) |
| | ) |
|     Defendant. | ) |

## STIPULATION FOR DISMISSAL

COMES NOW, Plaintiff, by and through undersigned counsel, and hereby dismisses his cause of action against Defendant, with prejudice, at each party's own costs.

                        **THE HESTER GROUP, L.L.C.**

                        */s/ Lorenzo A. Hester*
Mr. Lorenzo A. Hester, #56211MO
Mrs. Melissa Griffeth, # 55044MO
The Hester Group, L.L.C.
3920 Lindell Blvd., Ste. 103
St. Louis, MO 63108
(314) 652-4321 – Phone
(314) 652-4322 – Fax
thehestergroup@att.net
*Attorneys for Plaintiff*

1